AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Battani, Marianne O. | USDC, Eastern District of MI | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |
|---|---|---|

**7. Chambers or Office Address**

231 West Lafayette
Detroit, Michigan 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982 | State of Michigan Defined Benefit Plan (pension) |
| 2. 1982 | County of Wayne Defined Benefit Plan (pension) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Michigan Judges' Retirement System | $36,311.16 |
| 2. | 2019 | Wayne County Retirement System | $18,383.04 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 2. -Fidelity Government Cash Reserves Mutual Fund | A | Dividend | K | T | | | | | |
| 3. -Fideility Core Account - Cash | A | Interest | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. CHASE BANK (cash accounts) | A | Interest | M | T | | | | | |
| 6. | | | | | | | | | |
| 7. FIFTH THIRD (cash account) | | None | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. AMERICAN EXPRESS BANK (cash account) | A | Interest | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. MassMutual: whole life policy | A | Dividend | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. INDEPENDENT FINANCIAL GROUP BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 14. -Franklin Convertible Secs Fund Class A | C | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 15. -Franklin Michigan Tax-Free Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 02/26/19 | J | | |
| 16. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 17. -Hartford Equity Income Fund Class A | B | Dividend | J | T | Sold (part) | 10/07/19 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wayne St Univ Mich Univ Revs Rfdg-Gen Ser A | A | Interest | J | T | | | | | |
| 19. -Dreyfus Ins Deposit Program C | A | Interest | J | T | | | | | |
| 20. -American High-Income Municipal Bond Fund Class A | A | Dividend | K | T | Buy (add'l) | 08/08/19 | J | | |
| 21. -Pimco Income Fund Class A | A | Dividend | J | T | Sold (part) | 02/26/19 | J | A | |
| 22. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 23. -Fundamental Investors Class A | B | Dividend | K | T | | | | | |
| 24. -Washington Mutual Investors Fund Class A | B | Dividend | K | T | | | | | |
| 25. -Invesco Unit TRS Unit 1847 High Income Allocation | A | Dividend | K | T | | | | | |
| 26. -American Funds US Government Money Market Fund Class A | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 27. -Loomis Sayles Investment Grade Bond Fund Class A | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 28. | | | | | | | | | |
| 29. INDEPENDENT FINANCIAL GROUP IRA (H) | | | | | | | | | |
| 30. -American Balanced Fund Class A | C | Dividend | M | T | | | | | |
| 31. -American Funds Global Balanced Fund Class A | A | Dividend | K | T | Sold (part) | 08/06/19 | J | A | |
| 32. -American Mutual Fund Class A | D | Dividend | M | T | | | | | |
| 33. -Build Amer Bds Income Tr Unit 61 | A | Dividend | J | T | | | | | |
| 34. -Capital Income Builder Fund Class A | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Capital World Fund Class A | A | Dividend | J | T | Sold (part) | 08/06/19 | J | A | |
| 36.   -Europacific Growth Fund Class A | A | Dividend | J | T | Sold (part) | 08/06/19 | J | A | |
| 37.   -First Tr Combined Ser Unit 354 Build Amer Bds Port Ser 28 | A | Dividend | J | T | | | | | |
| 38.   -Fundamental Investors Class A | D | Dividend | M | T | | | | | |
| 39.   -The Growth Fund of America | B | Dividend | K | T | | | | | |
| 40.   -The Income Fund of America Class A | D | Dividend | M | T | | | | | |
| 41.   -Investment Grade Income Tr 10-20 Yr Unit Ser 2 | A | Dividend | J | T | | | | | |
| 42.   -Investment Grade Income Tr 10-20 Yr Unit Ser 6 | A | Dividend | J | T | | | | | |
| 43.   -The New Economy Fund Class A | B | Dividend | K | T | Sold (part) | 08/06/19 | J | B | |
| 44.   -New World Fund Class A | A | Dividend | K | T | Sold (part) | 08/06/19 | J | A | |
| 45.   -Dreyfus Ins Deposit Program C | A | Interest | J | T | | | | | |
| 46.   -Ishares TR Core S&P Mid Cap ETF | A | Dividend | J | T | Sold (part) | 03/01/19 | J | A | |
| 47.   -Ishares TR Core S&P Small Cap ETF | A | Dividend | J | T | Sold (part) | 03/01/19 | J | A | |
| 48.   -Amcap Fund Class A | A | Dividend | K | T | Buy | 02/28/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 08/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marianne O. Battani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544